**SUBT**
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>EAST TROP 2073 TRUST; and CANYON WILLOW TROP OWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01769-MMD-CWH<br><br>**SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC** |

Plaintiff Nationstar Mortgage LLC hereby consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

NATIONSTAR MORTGAGE LLC,

BY: _____

ITS: _____
A. J. Loll, Vice President
Nationstar Mortgage LLC

///

///

///

///

1

44804638;1

Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Nationstar Mortgage LLC.

DATED this 4 day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
REGINA A. HABERMAS, ESQ.
Nevada Bar No. 8481
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for plaintiff Nationstar Mortgage LLC in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 3rd day of April, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 12, 2018

2

44804638;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC'S,** to the following:

Megan H. Hummel, Esq.
Kaleb D. Anderson, Esq.
**Lipson Neilson P.C.**
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144

*Attorneys for Hollywood Ranch Homeowners Association*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

1