MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br>v.<br><br>EAST TROP 2073 TRUST AND CANYON WILLOW TROP OWNERS' ASSOCIATION<br><br>Defendants. | Case No.: 2:17-cv-01769-MMD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 25 & 26]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendant Canyon Willow Trop Owners' Association (**Canyon Willow**) stipulate and agree as follows:

1. Nationstar's motion for summary judgment was filed on April 5, 2018 (ECF No. 25). Canyon Willow's response was filed on April 26, 2018 (ECF No. 33). Pursuant to ECF No. 33, Nationstar's reply is currently due May 10, 2018.

2. Canyon Willow's motion for summary judgment was filed on April 5, 2018 (ECF No. 26). Nationstar filed its response on April 25, 2018 (ECF No. 32), and an amended response on April 26, 2018 (ECF No. 34). Pursuant to ECF No. 34, replies are due by May 10, 2018

3. The parties stipulate and agree that each party shall have an additional fourteen (14) days, up to and including **May 24, 2018**, to file replies in support of their respective motions for summary judgment.

/ / /

/ / /

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED: May 10th, 2018

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Megan H. Hummel* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>MEGAN H. HUMMEL, ESQ.<br>Nevada Bar No. 12404<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144 |
| *Attorneys for plaintiff Nationstar Mortgage LLC* | *Attorneys for defendant Canyon Willow Trop Owners' Association* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

May 14, 2018
**DATED**