1    MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2    DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
3    AKERMAN LLP
1635 Village Center Circle, Suite 200
4    Las Vegas, NV 89134
Telephone: (702) 634-5000
5    Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6    Email: donna.wittig@akerman.com

7    *Attorneys for Plaintiff Nationstar
Mortgage LLC*

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| 11   NATIONSTAR MORTGAGE LLC | Case No.: 2:17-cv-01769-MMD-CWH |
| 12         Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO SET ASIDE DEFAULT [ECF NO. 40]** |
| 13   v. | |
| 14   EAST TROP 2073 TRUST AND CANYON WILLOW TROP OWNERS' ASSOCIATION | |
| 15 | |
| 16         Defendants. | |

17        Plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendant East Trop 2073 Trust (**East**

18   **Trop**) stipulate and agree as follows:

19        1.      East Trop's motion to set aside default was filed on January 15, 2019 (ECF No. 40).

20        2.      Nationstar's response is due January 29, 2019.

21        3.      The parties stipulate and agree that Nationstar shall have up to February 5, 2019 to file

22   its opposition.

23        4.      East Trop will have an additional fourteen (14) days to file its reply in support of its

24   motion.

25   . . .

26   . . .

27   . . .

28   . . .

1

**AKERMAN LLP**

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    This is the parties' first request for an extension of these deadlines, and is not intended to cause

2    any delay or prejudice to any party.

3        DATED: January 30th, 2019.

4

5    **AKERMAN LLP**

6                                                          **AYON LAW, PLLC**

7    */s/ Donna M. Wittig*                                */s/ Luis A. Ayon*
     MELANIE D. MORGAN, ESQ.                              LUIS A. AYON, ESQ.
8    Nevada Bar No. 8215                                  Nevada Bar No. 9752
     DONNA M. WITTIG, ESQ.                                8716 Spanish Ridge Avenue, Suite 115
9    Nevada Bar No. 11015                                 Las Vegas, NV 89148
     1635 Village Center Circle, Suite 200
10   Las Vegas, NV 89134                                  *Attorneys for defendantCanyon Willow Trop*
                                                          *Owners' Association*
11   *Attorneys for plaintiff  Nationstar Mortgage LLC*

12

13

14                                         **IT IS SO ORDERED.**

15

16                                         UNITED STATES DISTRICT COURT JUDGE

17                                            January 30, 2019

                                           DATED
18

19

20

21

22

23

24

25

26

27

28

2